## Lewis G. Powell et al., Appellees, v. Aaron B. Weiner, Trading as 130 N. Parkside Building et al., Defendants. Aaron B. Weiner, Appellant.

Gen. No. 43,108.

698

Heard in the second division, first district, this court at the June term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Lord, Bissell & Kadyk, for appellant; Leonard F. Martin and Guy C. Baltz, of counsel; H. H. Patterson and Brown & West, for appellees; Edmund C. Maurer, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.